**FILED**

APR 18 2018

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 4:18CR 62 |
| | § | |
| RICHARD CONN | § | Crone |
| aka Jason Conn | § | |

# INDICTMENT

The United States Grand Jury Charges:

## COUNT ONE

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about the 6th day of January 2018, in Denton County, Texas, in the Eastern District of Texas, **Richard Conn**, defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce the following firearm: a Stoeger, Model 350, 12 gauge, shotgun, serial number 143610; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

Violation: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about the 25th day of January 2018, in Delta County, Texas, in the Eastern District of Texas, **Richard Conn**, defendant, having been convicted of a crime

punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce the following firearms: a Stoeger, Model 350, 12 gauge shotgun, serial number 143610, and a Remington, Model Seven, .243 Winchester rifle, serial number RR65835G, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

As a result of committing the felony offense in violation of 18 U.S.C. § 922(g)(1) alleged in Counts One and Two of this indictment, defendant, **Richard Conn**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the offense, including but not limited to the following:

1. Stoeger, Model 350, 12 gauge shotgun, serial number 143610
2. Ammunition

A TRUE BILL

_____
FOREMAN

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____
WILLIAM R. TATUM
Assistant United States Attorney

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 4:18CR 62 |
| | § | |
| RICHARD CONN | § | |

## NOTICE OF PENALTY

### Counts One & Two

Violation: 18 U.S.C. § 922(g)(1)

Penalty: Imprisonment of not more than ten years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

If it is shown the defendant has three previous convictions by any court for a violent felony or a serious drug offense, or both, committed on occasions different from one another - Imprisonment of 15 years to life, a fine not to exceed $250,000.00, or both; a term of supervised release of at least 3 years but not more than 5 years.

Special Assessment: $ 100.00